IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS COVIELLO, | : | |
| | : | |
| **Plaintiff** | : | No. 1:15-cv-1812 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| THE BERKELEY PUBLISHING GROUP, et al., | : | (Chief Magistrate Judge Schwab) |
| | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 20th day of September 2017, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT** Defendants' motion for partial reconsideration, or in the alternative, to dismiss for fraud on the court (Doc. No. 116), is **DENIED**. The above-captioned action remains committed to Magistrate Judge Schwab for further pretrial management.